**MARALAN LAW, P.C.**
SAM MARALAN, State Bar No. 298866
3080 Bristol Street, Suite 630
Costa Mesa, California 92626
Telephone: (714) 641-0506
Facsimile: (714) 641-3604
sm@maralanlaw.com

Attorneys for Defendants
DAVID SHRAGER and MARKET VISION OF FL, INC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE DAY ENTERPRISES, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID SHRAGER, a natural person; MARKET VISION OF FL INC; a Florida corporation; and DOES 1-50, inclusive, <br> Defendant. | Case No. 2:25-cv-03617-DJC-SCR <br> Assigned for All Purposes: <br> Hon. Daniel J. Calabretta <br><br> **JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

MARALAN LAW, P.C.
3080 BRISTOL STREET
SUITE 630
COSTA MESA
CALIFORNIA 92626
(714) 641-0506

**JOINT STIPULATION TO RESPOND TO COMPLAINT**

**TO THE HONORABLE DANIEL J. CALABRETTA AND INTERESTED PARTIES**:

Pursuant to United States District Court for the Eastern District of California Local Rule 143 and 144, this Stipulation ("Stipulation") is entered by and between ONE DAY ENTERPRISES, LLC ("Plaintiff") and Defendants DAVID SHRAGER and MARKET VISION OF FL INC ("Defendants") (collectively, the "Parties"), by and through their respective counsel, with reference to the following facts:

### RECITALS

1. On February 2, 2026, Plaintiff filed its First Amended Complaint ("FAC") against Defendants. Defendants' current response deadline to the FAC is February 16, 2026.

2. The Parties have engaged in meet and confer efforts pursuant to the Local Rules as it relates to Defendants' intended response to the FAC and require additional time to complete the meet and confer. The Parties intend to schedule a further conference of counsel within the next seven days.

3. Therefore, the Parties stipulate and respectfully request the Court allow an additional fourteen (14) days for Defendants to respond to the FAC making the new date March 2, 2026.

**IT IS SO STIPULATED.**

DATED:  February 14, 2026              MARALAN LAW, P.C.
                                       */s/ Sam Maralan*
                                       _____
                                       SAM B. MARALAN
                                       Attorneys for Defendants
                                       DAVID SHRAGER and MARKET VISION OF FL INC

DATED:  February 14, 2026              PETERSON WATTS LAW GROUP, LLP

                                       */s/ Glenn Peterson*
                                       _____
                                       GLENN PETERSON
                                       Attorneys for Plaintiff
                                       ONE DAY ENTERPRISES, LLC

MARALAN LAW, P.C.
3080 BRISTOL STREET
SUITE 630
COSTA MESA
CALIFORNIA 92626
(714) 641-0506

- 3 -

**JOINT STIPULATION TO RESPOND TO COMPLAINT**

## **ORDER**

The Court, having read and considered the joint stipulation filed on behalf of ONE DAY ENTERPRISES, LLC ("Plaintiff") and Defendants DAVID SHRAGER and MARKET VISION OF FL INC ("Defendants"), and finding GOOD CAUSE thereon, hereby grants the stipulated two week extension of time for the Defendants to respond to Plaintiff's First Amended Complaint.

IT IS HEREBY ORDERED that the Defendants' response to Plaintiffs' First Amended Complaint is to be filed on or by March 2, 2026.

Dated:  February 17, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

MARALAN LAW, P.C.
3080 BRISTOL STREET
SUITE 630
COSTA MESA
CALIFORNIA 92626
(714) 641-0506

- 4 -

**JOINT STIPULATION TO RESPOND TO COMPLAINT**