**PETERSON WATTS LAW GROUP, LLP**
GLENN W. PETERSON, ESQ. (SBN 126173)
RICHARD J. PLACIDO, ESQ. (SBN 317334)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Phone: 916.780.8222
Fax: 916.780.8775
gpeterson@petersonwatts.com
rplacido@petersonwatts.com

*Attorneys for Plaintiff*
One Day Enterprises, LLC

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE DAY ENTERPRISES, LLC, | Case No.:   2:25-cv-03617-DJC-SCR |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL** |
| DAVID SHRAGER, ET AL., | |
| Defendants. | JURY TRIAL REQUESTED |

**TO THIS HONORABLE COURT, AND ALL OTHERS INTERESTED:**

**PLEASE TAKE NOTICE** that all parties to the above-entitled action, through their respective undersigned counsel of record, hereby stipulate that this action be dismissed in its entirety and without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2). Each party is to bear their own costs and attorneys' fees.

Pursuant to the aforementioned statute, a court order is required to effectuate dismissal and the parties hereby request that the Court enter its order on this stipulation.

**IT IS SO STIPULATED.**

1
JOINT STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL

Dated:  March 16, 2026

**PETERSON WATTS LAW GROUP, LLP.**

By:  _____
GLENN W. PETERSON
Attorneys for Plaintiff,
ONE DAY ENTERPRISES, LLC

Dated:  March 16, 2026

**MARALAN LAW P.C.**

By:  _____
SAM B. MARALAN
Attorneys for Defendants
DAVID SHRAGER AND MARKET
VISION OF FL INC.

**IT IS SO ORDERED.**

March 16, 2026

/s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2

JOINT STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL